No. D–2209. IN RE DISBARMENT OF GOLDSTEIN. Morton B. Goldstein, of Havre, Mont., is suspended from the practice of law

in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.